G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
Kiana Shante Johnson aka Kiana Shante Maxwell

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANA SHANTE JOHNSON aka KIANA SHANTE MAXWELL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., dba AMERICA'S SERVICING COMPANY;  TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | **Case No.:  EDCV13-1044 VAP**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, KIANA SHANTE JOHNSON aka KIANA SHANTE MAXWELL, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, EQUIFAX INFORMATION SERVICES, LLC only. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff

1 respectfully requests that this Honorable Court vacate all dates currently set on
2 calendar for this case as related to the aforementioned Defendant only.

4 Respectfully submitted this 10th day of September, 2013,

**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff