G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
Kiana Shante Johnson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANA SHANTE JOHNSON aka KIANA SHANTE MAXWELL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., dba AMERICA'S SERVICING COMPANY; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 5:13-cv-01044 VAP-OP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC, ONLY** |

Plaintiff, KIANA SHANTE JOHNSON aka KIANA SHANTE MAXWELL, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, TRANS UNION, LLC only. The

1 parties are in the process of finalizing settlement, and Plaintiff anticipates the
2 settlement will be finalized in 40 days.

4 Respectfully submitted this 16th day of October, 2013,

**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff