# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANA SHANTE JOHNSON aka KIANA SHANTE MAXWELL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., dba AMERICA'S SERVICING COMPANY; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. EDCV13-1044 VAP<br><br>Honorable Virginia A Phillips<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff KIANA SHANTE JOHNSON aka KIANA SHANTE MAXWELL against Defendant EXPERIAN INFORMATION SOLUTIONS, INC., are dismissed, with prejudice. Plaintiff KIANA SHANTE JOHNSON aka KIANA SHANTE MAXWELL and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:_November 25, 2013____        _____
                                    *Virginia A. Phillips*
                                    U.S. District Judge
                                    Central District of California