JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    EDCV 13-01044-VAP (OPx)                           Date:  March 18, 2014

Title:   KIANA SHANTE JOHNSON AKA KIANA SHANTE MAXWELL -v- WELLS FARGO HOME MORTGAGE, INC., DBA AMERICA'S SERVICING COMPANY; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND DOES 1 TO 10, INCLUSIVE
==================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                     None Present
    Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                                  None

PROCEEDINGS:     CLOSING (IN CHAMBERS)


☐     Case previously closed in error.  Make JS-5.

☐     Case should have been closed on entry dated _____.

☐     Case settled but may be reopened if settlement is not consummated within ___ days. Make JS-6.

X     Other   Notice of voluntary dismissal of entire action with prejudice, filed on December 23, 2013, (docket no. 34).

X     Entered        JS-6        .


CV-74 (08/97)                                                                 Initials of Deputy Clerk md